911 F.2d 725
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Anthony Ray THOMPSON, Plaintiff-Appellant,
v.
R.F. WILSON, Ex-Manager, Court and Legal Services, c/o
Department of Corrections, Defendant-Appellee.
 No. 90-6545.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 9, 1990.
Decided July 25, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. J. Calvitt Clarke, Jr., District Judge. (C/A No. 90-1093-N)
 Anthony Ray Thompson, appellant pro se.
 E.D.Va.
 AFFIRMED.
 Before SPROUSE and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Anthony Ray Thompson seeks to appeal the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court.* Thompson v. Wilson, C/A No. 90-1093-N (E.D.Va. Feb. 28, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.
 
 
 
 *
 We grant Thompson's motion to submit documents with his informal brief but his motion to appoint counsel and motion for writ of mandamus are denied